UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark W. Ford, Esquire
4 1/2 North Broadway, PO Box 110
Gloucester City, NJ 08030
P: 856-456-8811
F: 856-456-8558
Attorney for Debtor

In Re:

James and Elaine Lesher

Case No.: 19-21382

Chapter: 13

Adv. No.: 

Hearing Date: October 22, 2019

Judge: Andrew B. Altenburg

## CERTIFICATION OF SERVICE

1. I, __Regina Perfetti__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Mark W. Ford__, who represents __James and Elaine Lesher__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 30, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion objecting to Proofs of Claim, Certification in Support of Motion Objecting to Proof of Claim, Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/30/2019

/s/ Regina Perfetti
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa, Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Web Bank/Gettington<br>6250 Ridgewood Road<br>St. Cloude, MN 56303 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYNBC Lowes<br>P.O. Box 965005<br>Orlando, FL 32896 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank/Jess London<br>P.O. Box 18279<br>Columbus, OH 43218 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |