UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 19, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | |
|---|---|---|
| In Re: | Case No.: | 19-21382-ABA |
| Elaine Lesher and James Lesher, | Chapter: | 13 |
| | Hearing Date: | November 26, 2019 |
| | Judge: | Andrew B. Altenburg, Jr. |

**ORDER REGARDING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST MARK W. FORD, ESQUIRE**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: December 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

**THIS MATTER** having originally come before the court by Mark W. Ford, Esquire on behalf of the debtors, Elaine and James Lesher through the filing of a motion objecting to Proofs of Claim 6, 9, 15 and 21 (Doc. No. 37) (the "Motion"); and the court finding that the Motion was frivolous as it has no basis in law or fact,[1] and issuing an Order to Show Cause that was returnable November 26, 2019, for why the court should not sanction Mr. Ford in an amount not less than $500 for filing this Motion (Doc. No. 42) (the "OSC"); and Mr. Ford having filed an objection to the OSC (Doc. No. 44) (the "Objection"); and a hearing having been held where Mr. Ford attended and attempted to explain his conduct; and

**WHEREAS** after considering Mr. Ford's explanations, the court notes that neither the Objection to the OSC nor Mr. Ford's explanations at the OSC hearing convinced this court that Mr. Ford's actions are not sanctionable but nevertheless, in hopes of curing Mr. Ford's *REPEATED* mis-filings and further hoping that Mr. Ford will truly amend his ways; and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the court declines to sanction Mr. Ford at this time solely as an incentive for Mr. Ford to truly amend his practices and to pay proper attention to the matters he presents to the court. However, Mr. Ford is put on notice that if he or his staff continue to file improper pleadings, fails to properly serve pleadings, fails to use proper forms, properly use forms, and/or files or pursues baseless/meritless pleadings/positions in this case, or any other case before the court, he will be subject to further sanctions, including but not limited to, monetary sanctions, a disallowance of fees, denial of EM/ECF privileges, referral to the proper authority and/or any other appropriate remedy.

---

[1] The Motion was frivolous because only eight claims had been filed against the Leshers in this case, thus there are no claims 9, 15 and 21 for the debtors to object to. Additionally, Proof of Claim #6 filed by Frontier Airlines clearly shows that James Lesher has an account with the creditor, and the Leshers disclosed this creditor on Schedule F to their petition. Furthermore, despite repeated instructions to counsel to properly serve pleadings, counsel once again failed to properly serve the creditor at the address noted on the Proof of Claim in accordance with Federal Rule of Bankruptcy Procedure 3007(a)(2). Finally, the Certification in Support of Objection to Proof of Claim (Doc. No. 37-1) filed by Mr. Ford purports to be a Recommended Local Form, however, no such form exists on the court's website.